In the Matter of DAVID O'KANE, Appellant, v ROBERT S. KIRK-PATRICK, as Superintendent of Wende Correctional Facility, et al., Respondents.

Submitted March 30, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of VIRGINIA PARKHOUSE, Appellant, v SCOTT M. STRINGER, as Borough President of Manhattan, et al., Respondents.

Submitted May 4, 2009; decided May 7, 2009

Motion by New York Civil Liberties Union for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY M. DRAYTON, Appellant.

Submitted May 4, 2009; decided May 7, 2009

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.